Acts of 1976, injunction dated October 30, 1975, is dissolved as of July 1, 1976.

**STATE of Vermont v. Frank J. BERARD, Jr., No. 354-75**

April 16, 1976. Motion to dismiss granted. 13 V.S.A. § 7403; *State v. Benjamin,* 124 Vt. 20, 196 A.2d 507 (1963).

**William Lester GORMLY v. Barbara Irene GORMLY a/k/a Barbara Irene Weissenberger, No. 103-76**

April 27, 1976. No basis for granting the requested relief appearing, the motion is dismissed.

**IN RE GEORGE F. ADAMS & CO., INC., No. 127-75**

April 29, 1976. The parties concur, and this Court agrees, that the first ten conditions contained in the land use permit issued by the Vermont Environmental Board exceed the authority granted it by the statute, and the same are stricken. In all other respects, the decision of Environmental Board is affirmed.

**IN RE INQUEST MINUTES & TRANSCRIPTS IN STATE v. MAYO Docket No. 353-75 Wncr. and State v. Mayo Docket No. 1077-75 Wncr., No. 83-76**

April 29, 1976. No abuse of discretion having been shown the order of the Washington Superior Court of April 7, 1976, in the above-captioned case is affirmed.

**McGOVERN STORES, INC., Keith A. Page, Ruth B. Page, P. Francis McGovern and Emily M. McGovern v. PEOPLES TRUST COMPANY OF ST. ALBANS, No. 100-76**

April 29, 1976. Motion of Peoples Trust Company of St. Albans for Permission to Take an Interlocutory Appeal pursuant to V.R.A.P. 5(b) is denied.

**Donald DUNKLE v. VERMONT STATE BOARD OF EXAMINERS FOR NURSING HOME ADMINISTRATORS, No. 111-76**

April 29, 1976. Plaintiff's motion for order pursuant to V.R.A.P. 21 is denied, it not being made to appear that adequate remedy is not available by proceedings for extraordinary relief in the Superior Court.

**IN RE INQUEST MINUTES & TRANSCRIPTS IN STATE v. MAYO Docket No. 353-75 Wncr. and State v. Mayo Docket No. 1077-75 Wncr., No. 83-76**

May 5, 1976. No abuse of discretion having been shown the order of the Washington Superior Court of April 7, 1976, in the above-captioned case is affirmed. Mandate to issue forthwith. V.R.A.P. 41(a).